UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                Cr. No. 4:22-CR-354

JOHN JAIRO JARAMILLO PATIÑO

**ORDER**

Considering the motion of defendant John Jairo Jaramillo Patino for disclosure of the identity of the confidential source in the above captioned matter,

IT IS ORDERED that the motion is GRANTED/DENIED. The United States ("the Government") shall disclose the identity of the confidential source in this matter and shall make him available for an interview by the defense/ shall disclose his current address to defense. The Government shall also make known to the defense any prior criminal record of the confidential source, any promised immunities, and any other issues affecting bias or credibility of the confidential source.

SIGNED at Houston, Texas on the _____ day of _____, 2025.


_____
UNITED STATES DISTRICT JUDGE