IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                    Cr. No. 4:22-CR-354

JOHN JAIRO JARAMILLO PATIÑO

EXHIBIT A

TO BE HAND DELIVERED