EXHIBIT B

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross Related Files File | 3. File No. M2-21-0073 | 4. G-DEP Identifier UAC1I |
|---|---|---|---|
| 5. By: Elizabeth Gutierrez, SA  At: SAN ANTONIO, TX DISTRICT OFFICE | ☒ ZE-21-0007  ☒ CS-11-139217  ☐  ☐  ☐ | 6. File Title AVILA Buitrago, Jose | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared 09-10-2021 | |
| 9. Other Officers: | | | |
| 10. Report Re: Intelligence Regarding the seizure Seizure/Pickup of Exhibit 1 by CNP and CS-11-139217 from Jorge MORENO Saenz on September 1, 2021 in Bogota, Colombia. | | | |

**DETAILS**

1. On September 1, 2021, Agents from the DEA Bogota Colombia Country Office (BCCO) contacted DEA San Antonio Agents regarding Jorge Enrique MORENO Saenz, and his associates, who are involved in an ongoing investigation. MORENO and his associates are transporting cocaine loads from Colombia to Mexico, by soliciting DEA confidential sources for transportation. DEA San Antonio agents are working in conjunction with the Houston AUSA's office in regards to a 21 USC 959 charge on all subjects involved. This case is a joint investigation involving DEA Mexico City and DEA Bogota.

2. On September 1, 2021, Colombian National Police (CNP) Direccion de Antinarcoticos (DIRAN) Airplane Investigations, conducted surveillance on Jorge MORENO and his associates. CNP is working under Radicado 110016099144202000536 for this investigation.

3. On September 1, 2021, CNP Officer Andres Lopez advised DEA Bogota Special Agent (SA) Carlos Giraldo that at approximately 9:30 AM, CS-11-139217 went to a hotel named Hotel Normandia located at Avenida Boyacá #50-50 Bogota that MORENO asked the CS to go to in order to receive drugs and money for a shipment to Mexico City. Officer Lopez stated that once the CS arrived at the hotel in a Undercover (UC) rental vehicle with Colombian registration FNT476, MORENO and another unidentified male brought out a brown box and placed it in the trunk of the UC vehicle.

| 11. Distribution: Division  District  Other | 12. Signature (Agent)  /s/ Elizabeth Gutierrez, SA | 13. Date 09-10-2021 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Leon Pauley, GS | 15. Date 09-10-2021 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. M2-21-0073 | 2. G-DEP Identifier UAC1I |
| 3. File Title AVILA Buitrago, Jose | |
| 4. Page 2 of 2 | |
| 5. Program Code | 6. Date Prepared 09-10-2021 |

Officers observed as they exchanged a couple of words and the CS departed in the UC vehicle.

4. Officer Lopez stated that the CS drove the FedEx warehouse, followed by officers, located at the El Dorado Airport in Bogota where the CS transferred the box to Officer Lopez as witnessed by CNP Officer John Yepes. Officer Lopez stated that he and Officer Yepes then took the box inside the FedEx building and ran the box through and x-ray machine. Officer Lopez stated that he and officer YEPES opened the box and confirmed there was 25 bricked shaped packages with a tiger logo on them. There was also two SPOT GPS devices and a bag with $59,150,000.00 Colombian Pesos. The 25 bricks field tested positive for cocaine, for a total gross weight of 30.50 kilograms.

5. The cocaine and the currency will be processed, and retained, by CNP Officers until agents can coordinate an international controlled delivery to Mexico City, Mexico. The international controlled delivery will be coordinated through the DEA Mexico City Country Office (scheduled for September 9, 2021).

**INDEXING**

1. MORENO Saenz, Jorge Enrique. NADDIS# 9332341.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.